(No. 76-CC-0617–)

LINCOLN TOWER, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed September 10, 1979.*

PER CURIAM.

This claim comes before this Court on record which includes Respondent's stipulation of facts.

Based on the investigation as evidenced by the stipulation of the office of the Attorney General, this Court finds that this is a valid claim.

We, therefore, grant to this Claimant an award in the amount of $72.72.